Nancy Curry, Chapter 13 Standing Trustee
Masako Okuda (SBN 247925)
700 South Flower Street, Suite 1215
Los Angeles, California 90017
Tel: (213) 689-3014
Fax: (213) 689-3055

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JESSIE WILLIAMS,<br><br>                       Debtor. | Chapter 13<br><br>Case No. 2:14-bk-20938-WB<br><br>**DECLARATION OF MASAKO OKUDA REGARDING DEBTOR'S FAILURE TO COMPLY WITH COURT'S DIRECTIVE** |

### DECLARATION OF MASAKO OKUDA

I, Masako Okuda, declare:

1. Nancy Curry is the Chapter 13 Trustee (the "Trustee") with respect to Chapter 13 Case No. 14-20938WB; Jessie Williams.

2. I am employed by the Trustee as a staff attorney and am duly qualified to make this declaration. I have personal knowledge of the facts stated herein and could and would competently testify thereto if called upon to do so.

3. At the confirmation hearing held on August 6, 2014, the Court directed the debtor to file a mortgage declaration for a July payment by August 13, 2014.

4. As of August 21 2014, the debtor has failed to comply with the Court's directive.

5. No mortgage declaration has been filed since the hearing. A true and correct copy of PACER document history is attached as Exhibit "A" and is incorporated herein by this reference.

1

6. It was the Court's ruling that failure to comply would result in dismissal of the case.

I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge. Executed at Los Angeles, California on August 21, 2014

DATED: August 21, 2014                                     /s/ Masako Okuda
                                                            Masako Okuda

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

700 S. FLOWER STREET, SUITE 1215
LOS ANGELES, CA 90017

The foregoing document described as **DECLARATION OF MASAKO OKUDA REGARDING DEBTORS' FAILURE TO COMPLY WITH COURT'S DIRECTIVE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/21/2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Nancy K Curry (TR)    ecfnc@trustee13.com
- Ryan M Davies    rdavies@amslca.com, bnc@amslca.com
- Tyson Takeuchi    tyson@tysonfirm.com, albert@tysonfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 8/21/2014, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor
Jessie Williams
1702 Crenshaw Blvd
Los Angeles, CA 90019

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 8/21/2014 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Julia W. Brand
U.S. Bankruptcy Court
255 E. Temple St, Suite 1382
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/21/2014 | Carlos Robles | /s/ Carlos Robles |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**EXHIBIT "A"**

**2:14-bk-20938-WB** Jessie Williams
Case type: bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Julia W. Brand
Date filed: 06/04/2014 **Date of last filing:** 08/11/2014

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
|  | *Filed & Entered:* | 06/04/2014 | Automatic docket of credit card/debit card |
| 1 | *Filed & Entered:* | 06/04/2014 | Voluntary Petition (Chapter 13) |
| 2 | *Filed & Entered:* | 06/04/2014 | Certificate of Credit Counseling |
| 3 | *Filed & Entered:* | 06/04/2014 | Chapter 13 Plan (LBR F3015-1) |
| 4 | *Filed & Entered:* | 06/04/2014 | Statement of Social Security Number(s) (Official Form B21) |
| 5 | *Filed & Entered:* | 06/04/2014 | Declaration Re: Electronic Filing |
| 6 | *Filed & Entered:* | 06/04/2014 | Meeting (AutoAssign Chapter 13) |
|  | *Filed & Entered:* | 06/05/2014 | Notice of Debtor's Prior Filings |
| 7 | *Filed & Entered:* | 06/06/2014 | BNC Certificate of Notice |
|  | *Filed & Entered:* | 06/09/2014 | Automatic docket of credit card/debit card |
| 8 | *Filed & Entered:* | 06/09/2014 | Motion for Relief - Imposing a Stay or Continuing the Automatic Stay |
| 9 | *Filed & Entered:* | 06/10/2014 | Hearing (Bk Motion) Set |
| 10 | *Filed & Entered:* | 06/10/2014 | Notice to Filer of Error and/or Deficient Document |
| 11 | *Filed & Entered:* | 06/11/2014 | Notice of Hearing |
| 12 | *Filed & Entered:* | 06/13/2014 | Debtor's notice of section 341(a) meeting and hearing on confirmation of chapter 13 plan with copy of chapter 13 plan |
| 13 | *Filed & Entered:* | 06/17/2014 | Declaration |
| 14 | *Filed & Entered:* | 06/23/2014 | Request for courtesy Notice of Electronic Filing (NEF) |
| 15 | *Filed & Entered:* | 06/23/2014 | Chapter 13 Trustee's Notice of Requirements(batch) |

| | | | |
|---|---|---|---|
| [16](#) | *Filed & Entered:* | 07/16/2014 | Trustee's Objection to Confirmation of Plan (batch) |
| [17](#) | *Filed & Entered:* | 08/11/2014 | Rights and Resp Agreement |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/21/2014 07:51:15 | | | |
| **PACER Login:** | nc0048 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 2:14-bk-20938-WB Type: History |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |