Nancy Curry, Chapter 13 Trustee
700 S. Flower Street, Suite 1215
Los Angeles, California 90017
Tel: (213) 689-3014
Fax: (213) 689-3055



**FILED & ENTERED**

SEP 09 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JESSIE WILLIAMS,<br><br>Debtor. | Chapter 13<br><br>Case No. 2:14-bk-20938-WB<br><br>**ORDER DISMISSING CHAPTER 13 CASE DUE TO FAILURE OF DEBTOR TO COMPLY WITH THE COURT'S DIRECTIVE**<br><br>Date:  August 6, 2014<br>Time:  10:00 A.M.<br>Place:  255 E. Temple Street<br>       Courtroom 1375<br>       Los Angeles, CA 90012 |

On August 6, 2014 at 10:00 a.m. in Courtroom 1375, 255 East Temple Street, Los Angeles, CA 90012, the Honorable Julia Brand held the confirmation hearing in this matter. Appearances were as noted in the record. The Court having considered the pleadings filed and statements made in open Court, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Chapter 13 case is dismissed for debtor's failure to comply with the Court's directive, and all pending motions and adversary proceedings in this case are moot and dismissed.

1

2.  The order for relief resulting from the filing of the petition is set aside and vacated.

3.  All stay and restraining orders arising under Bankruptcy Code §362(a) and §1301 are vacated and dissolved.

###

Date: September 9, 2014

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge